1  THOMAS J. SPEISS, III (SBN 200949)
   tspeiss@sycr.com
2  DOUGLAS Q. HAHN (SBN 257559)
   dhahn@sycr.com
3  STRADLING YOCCA CARLSON & RAUTH, P.C.
   100 Wilshire Blvd., Suite 400
4  Santa Monica, California 90401
   Telephone:  (424) 214-7042
5  Facsimile:  (424) 214-7010

6  Attorneys for Plaintiff, Sillage, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>HISTOIRES DE PARFUMS LLC d/b/a ALICE & PETER, a Delaware Limited Liability Company; SCENT-SATION LA, a California Limited Liability Company; and, P.E., Inc. d/b/a PERFUME EMPORIUM, a California Corporation,<br><br>　　　　　Defendants. | CASE NO.:<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 7.1** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

CERTIFICATION OF INTERESTED PARTIES

LITIOC/2086738v1/101734-0094

1  Pursuant to Local Rule 7.1 of the Central District of California, the
2  undersigned counsel of record for Plaintiff, Sillage, LLC certifies that the
3  following listed parties may have a pecuniary interest in the outcome of this case.
4  These representations are made to enable the Court to evaluate possible
5  disqualification or recusal:

6      1.    Sillage, LLC, Plaintiff
7      2.    Histoires De Parfums, LLC, Defendant
8      3.    Scent-Sation LA, Defendant
9      4.    P.E., Inc., Defendant

11  DATED: February 5, 2014    STRADLING YOCCA CARLSON & RAUTH, P.C.

By: _____
Thomas J. Speiss, III
Attorneys for Plaintiff Sillage, LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1
CERTIFICATION OF INTERESTED PARTIES
LITIOC/2086738v1/101734-0094