1  THOMAS J. SPEISS, III (SBN 200949)
   tspeiss@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH, P.C.
   100 Wilshire Blvd., Suite 400
3  Santa Monica, California 90401
   Telephone: (424) 214-7042
4  Facsimile: (424) 214-7010

5  DOUGLAS Q. HAHN (SBN 257559)
   dhahn@sycr.com
6  STRADLING YOCCA CARLSON & RAUTH, P.C.
   660 Newport Center Drive, Suite 1600
7  Newport Beach, CA 92660
   Telephone: (949)725-4000
8  Facsimile: (949) 725-4100

9  Attorneys for Plaintiff, Sillage, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>HISTOIRES DE PARFUMS LLC d/b/a ALICE & PETER, a Delaware Limited Liability Company; SCENT-SATION LA, a California Limited Liability Company; and, P.E., Inc. d/b/a PERFUME EMPORIUM, a California Corporation,<br><br>Defendants. | CASE NO.: SACV14-00172 CAS (RNBx)<br><br>Hon. Christina A. Snyder<br><br>**DECLARATION OF THOMAS J. SPEISS, III IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM**<br><br>Hearing Date:   March 17, 2014<br>Hearing Time:   10:00 am<br>Courtroom:      5 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DECLARATION OF THOMAS SPEISS

LITIOC/2086737v1/101734-0094

1  I, Thomas J. Speiss, III declare:

2

3  1.  I am an attorney duly licensed to practice law before the courts of the State of
4  California.  I am a Shareholder at Stradling Yocca Carlson & Rauth, attorneys of record for
5  Plaintiff Sillage LLC ("Sillage" or "Plaintiff").  I have personal knowledge as to all matters set
6  forth herein, and if called to testify as a witness, I could and would do so.

7

8  2.  Counsel for Alice & Peter did not contact me to request an extension of time to
9  respond to the Motion, or for any other reason.

10

11  3.  Attached as Exhibits A-F are true and correct copies of the six patents cited by the
12  USPTO examiner during examination of the D'224 patent.

13

14  I declare under penalty of perjury under the laws of the United States of America, that the
15  foregoing is true and correct.

16

17

18  DATED:  March 3, 2014

19

20

21  By: _____
     Thomas J. Speiss, III

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
DECLARATION OF THOMAS SPEISS
LITIOC/2086737v1/101734-0094