```
 1  CURTIS R. TINGLEY (SBN 112322)
    ctingley@tingleylawgroup.com
 2  KEVIN P. O'BRIEN (SBN 215148)
    kobrien@tingleylawgroup.com
 3  KEVIN W. ISAACSON (SBN 281067)
    kisaacson@tingleylawgroup.com
 4  TINGLEY LAW GROUP, PC
    10 Almaden Boulevard, Suite 430
 5  San Jose, California 95113
    Telephone:  (408) 283-7000
 6  Facsimile:  (408) 283-7010

 7  Attorneys for Defendants
    MOSHE, INC. erroneously sued as
 8  SCENT-SATION LA;
    PERFUME EMPORIUM, INC.,
 9  erroneously sued as P.E., INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>HISTOIRES DE PARFUMS LLC dba ALICE & PETER, a Delaware Limited Liability Company; SCENT-SATION LA, a California Limited Liability Company; and P.E., INC., dba PERFUME EMPORIUM, a California Corporation,<br><br>    Defendants. | CASE NO. SACV14-00172 CAS RNB<br><br>**CERTIFICATE OF INTERESTED ENTITIES** |

Pursuant to Civil Local Rule 7.1-1, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: March 6, 2014

TINGLEY LAW GROUP, PC

By: /s/ Kevin W. Isaacson
KEVIN W. ISAACSON
Attorneys for Said Defendants