1  THOMAS J. SPEISS, III (SBN 200949)
   (tspeiss@sycr.com)
2  STRADLING YOCCA CARLSON & RAUTH, P.C.
   100 Wilshire Blvd., Suite 400
3  Santa Monica, California 90401
   Telephone: (424) 214-7042
4  Facsimile: (424) 214-7010

5  DOUGLAS Q. HAHN (SBN 257559)
   (dhahn@sycr.com)
6  STRADLING YOCCA CARLSON & RAUTH, P.C.
   660 Newport Center Drive, Suite 1600
7  Newport Beach, CA 92660
   Telephone: (949)725-4000
8  Facsimile: (949) 725-4100

9  Attorneys for Plaintiff
   Sillage, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILLAGE, LLC, | CASE NO. SACV14-00172 CAS (RNBx) |
| Plaintiff, | The Hon. Christina A. Snyder |
| vs. | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT HISTOIRES DE PARFUMS D/B/A ALICE & PETER** |
| HISTOIRES DE PARFUMS LLC d/b/a ALICE & PETER, a Delaware Limited Liability Company; SCENT-SATION LA, a California Limited Liability Company; and, P.E., Inc. d/b/a PERFUME EMPORIUM, a California Corporation, | |
| Defendants. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

**REQUEST FOR ENTRY OF DEFAULT**

DOCSSM/3006205v1/101734-0094

TO THE CLERK OF THE COURT:

Plaintiff, Sillage, LLC hereby requests that the Clerk of the above-entitled Court enter default in the matter against Defendant Histoires de Parfums d/b/a Alice & Peter ("Alice & Peter"), pursuant to Federal Rule of Civil Procedure 55(a) for failure to answer or otherwise defend the action.

On <u>February 5, 2014</u>, Alice & Peter's Complaint was filed. *See* Dkt 1. On <u>February 13, 2014</u>, the Complaint was served on Alice & Peter. *See* Dkt 10, which is a copy of the Proof of Service of the Complaint upon Alice & Peter. On <u>March 6, 2014</u>, Alice & Peter's Answer to the Complaint was due, but Alice & Peter has failed to file an answer or other responsive pleading.

Respectfully submitted,

DATED: March 10, 2014

STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: _____
Thomas J. Speiss, III
Attorneys for Plaintiffs

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
**REQUEST FOR ENTRY OF DEFAULT**

DOCSSM/3006205v1/101734-0094