THOMAS J. SPEISS, III (SBN 200949)
 (TSpeiss@SYCR.com)
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Blvd., 4th Floor
Santa Monica, California 90401
Telephone: (424) 214-7042
Facsimile: (424) 214-7010

Attorneys for Plaintiff *Sillage, LLC*

THOMAS M. O'LEARY (SBN 126146)
 thomas.oleary@leclairryan.com
LECLAIRRYAN, LLP
725 S. Figueroa Street, Suite 350
Los Angeles, CA 90017
Telephone: (213) 337-3245
Facsimile: (213) 624-3755

Attorneys for Defendant,
PERFUME EMPORIUM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company,<br><br>            Plaintiff,<br><br>      vs.<br><br>HISTOIRES DE PARFUMS LLC d/b/a ALICE & PETER, a Delaware Limited Liability Company; SCENT-SATION LA, a California Limited Liability Company; and P.E., INC. d/b/a PERFUME EMPORIUM, a California corporation,<br><br>            Defendants. | Case No. SACV 14-00172-CAS (RNBx)<br><br>**[PROPOSED] STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL** |

1 | Pursuant to the stipulation between Plaintiff Sillage LLC ("Sillage") and Defendant P.E., Inc. d/b/a Perfume Emporium ("Perfume Emporium"; Sillage and Perfume Emporium shall be collectively referred to as the "Parties"), the Court ORDERS as follows:

1. The Court has jurisdiction over the Parties and the subject matter at issue in this action.

2. Sillage brought claims for patent infringement under 35 U.S.C. § 271, trademark infringement under 15 U.S.C. § 1114, trade dress infringement under 15 U.S.C. § 1125(a), and unfair competition under Cal. Bus. & Prof. Code § 17200, alleging that Perfume Emporium's marketing and sale of certain Alice & Peter fragrance products caused Sillage harm.

3. Entry of a permanent injunction will achieve the purposes of the statutes giving rise to Sillage's claims, and will resolve the Parties' dispute.

4. **Permanent Injunction**. Pursuant to Federal Rule of Civil Procedure 65(d), Perfume Emporium, along with its directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from making, using, offering to sell, selling, importing, marketing, or promoting the accused Alice & Peter fragrance products, which incorporate the issued patents and which are named as the *Fancy Choco, Showy Toffee, Cheery Cherry, Wicked Berry and Bloody Orange* fragrance products.

6. Sillage and Perfume Emporium waive any right to appeal the entry of this Stipulated Permanent Injunction.

7. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Sillage's claims against Perfume Emporium are hereby dismissed with prejudice and without costs

/ / /

to either party. The Court shall retain jurisdiction to enforce this Stipulated Permanent Injunction and Order of Dismissal.

**IT IS SO ORDERED.**

DATED: September 29, 2014

By: _____
UNITED STATES DISTRICT JUDGE