UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV14-172-CAS(RNBx) | Date | October 20, 2014 |
|---|---|---|---|
| Title | *SILLAGE, LLC v. HISTOIRES DE PARFUMS, LLC D/B/A ALICE & PETER; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Katherine Stride |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas Speiss, III | Stephen Collins (By Telephone) |

**Proceedings:**   STATUS CONFERENCE RE: SETTLEMENT

Hearing held and counsel are present.  The Court confers with counsel and continues the matter to **December 15, 2014** at **11:00 A.M.**

| | 00 | : | 05 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |