**FILED**
CLERK, U.S. DISTRICT COURT

February 17, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PG_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>HISTOIRES DE PARFUMS LLC d/b/a ALICE & PETER, a Delaware Limited Liability Company; SCENT-SATION LA, a California Limited Liability Company; and P.E., INC. d/b/a PERFUME EMPORIUM, a California corporation,<br><br>    Defendants. | Case No. SACV 14-00172-CAS (RNBx)<br><br>Hon. Christina A. Snyder<br><br>**[~~PROPOSED~~] STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

[PROPOSED] STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL
LITIOC/2106352v1/101734-0094

Pursuant to the stipulation between Plaintiff Sillage, LLC ("Sillage") and Defendant Moshe, Inc., erroneously sued as Scent-Sation LA ("Moshe"; Sillage and Moshe shall be collectively referred to as the "Parties"), the Court ORDERS as follows:

1. The Court has jurisdiction over the Parties and the subject matter at issue in this action.

2. Sillage brought claims for patent infringement under 35 U.S.C. § 271, trademark infringement under 15 U.S.C. § 1114, trade dress infringement under 15 U.S.C. § 1125(a), and unfair competition under Cal. Bus. & Prof. Code § 17200, alleging that Moshe's marketing and sale of certain Alice & Peter fragrance products caused Sillage harm.

3. Entry of a permanent injunction will achieve the purposes of the statutes giving rise to Sillage's claims, and will resolve the Parties' dispute.

4. **Permanent Injunction**. Pursuant to Federal Rule of Civil Procedure 65(d), Moshe, along with its directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from making, using, offering to sell, selling, importing, marketing, or promoting the accused Alice & Peter fragrance products, which incorporate the issued patents and which are named as the *Fancy Choco, Showy Toffee, Cheery Cherry, Wicked Berry and Bloody Orange* fragrance products.

5. Sillage and Moshe waive any right to appeal the entry of this Stipulated Permanent Injunction.

6. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Sillage's claims against Moshe are hereby dismissed with prejudice and without costs

///

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

-1-

[PROPOSED] STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL
LITIOC/2106352v1/101734-0094

1 to either party. The Court shall retain jurisdiction to enforce this Stipulated
2 Permanent Injunction and Order of Dismissal.

**IT IS SO ORDERED.**

DATED: February 17, 2015

_____
Hon. Christina A. Snyder
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

-2-
[PROPOSED] STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL
LITIOC/2106352v1/101734-0094