JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company, | Case No. SACV 14-00172-CAS (RNBx) |
| Plaintiff, | Hon. Christina A. Snyder |
| vs. | |
| HISTOIRES DE PARFUMS LLC d/b/a ALICE & PETER, a Delaware Limited Liability Company; SCENT-SATION LA, a California Limited Liability Company; and P.E., INC. d/b/a PERFUME EMPORIUM, a California corporation, | **[PROPOSED]** STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL |
| Defendants. | |

Pursuant to the stipulation between Plaintiff Sillage, LLC ("Sillage") and Defendant Histoires de Parfums, LLC, (the "Parties"), the Court ORDERS as follows:

1. The Court has jurisdiction over the Parties and the subject matter at issue in this action.

2. Sillage brought claims for patent infringement under 35 U.S.C. § 271, trademark infringement under 15 U.S.C. § 1114, trade dress infringement under 15 U.S.C. § 1125(a), and unfair competition under Cal. Bus. & Prof. Code §17200,

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

[PROPOSED] STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL

LITIOC/2117412v1/101734-0094

1  alleging that the marketing and sale of certain bottles of perfumes caused Sillage
2  harm because of their shapes.

3    3.    Entry of a permanent injunction will achieve the purposes of the
4  statutes giving rise to Sillage's claims, and will resolve the Parties' dispute.

5    4.    **Permanent Injunction**.  Pursuant to Federal Rule of Civil Procedure
6  65(d), Histoires de Parfums, LLC, along with its directors, principals, officers,
7  agents, servants, employees, representatives, successors and assigns, and all those
8  persons or entities acting in concert or participation with them, shall be and hereby
9  are **PERMANENTLY ENJOINED** and restrained from making, using, offering
10 to sell, selling, importing, marketing, or promoting the accused bottles of perfume,
11 which incorporate the issued patents.

12    5.    The Parties waive any right to appeal the entry of this Stipulated
13 Permanent Injunction.

14    6.    Pursuant to Federal Rule of Civil Procedure 41(a)(2), Sillage's claims
15 against Histoires de Parfums LLC are hereby dismissed with prejudice and without
16 costs to either party.  The Court shall retain jurisdiction to enforce this Stipulated
17 Permanent Injunction and Order of Dismissal.

18    **IT IS SO ORDERED.**

20 DATED: May 18 2015

*/s/ Christina A. Snyder*

**Hon. Christina A. Snyder**
**United States District Judge**